UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPECIALIZED TECHNOLOGY )<br>RESOURCES, INC. )<br>)<br>Defendant. )<br>) | Case No.: 3:10-cv-11142-MAP |

**DEFENDANT'S UNOPPOSED MOTION TO
IMPOUND MATERIALS IN CONNECTION WITH ITS
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

In connection with Defendant Specialized Technology Resources, Inc.'s ("STR") Motion To Dismiss the First Amended Complaint ("FAC"), STR hereby moves, pursuant to Local Rule 7.2, for an order permitting documents marked as "Filed Under Seal" by it to be filed under seal and impounded until further order of the Court. At this point, Plaintiff indicates that it does not object to this Motion to Impound without prejudice to any further opposition. As grounds for this motion, STR states as follows:

1. STR is filing today its Motion To Dismiss the FAC.

2. This action arises from a Superior Court Action where Plaintiff JPS Elastomerics Corp. ("JPS") was found to have misappropriated STR's trade secrets. FAC ¶51. As part of its filing in connection with the Motion To Dismiss, STR submits for the Court's consideration certain pleadings, orders, decisions and information from the Superior Court Action and the Massachusetts Appeals Court relating to STR's trade secrets. In addition, STR discusses these confidential materials throughout its Memorandum in Support of Its Motion To Dismiss

("Memorandum") and in the exhibits accompanying the Memorandum. In addition, materials filed in connection with the Motion to Strike also refer to confidential information.

3. The release of these confidential materials could seriously harm STR.

4. By this motion, STR requests leave to file the following materials in an envelope marked as "Filed Under Seal":

    a. STR' Memorandum of Law in Support of Its Motion To Dismiss;

    b. STR's Compendium of Exhibits;

    c. STR's Motion To Strike;

    d. Affidavits of Bruce S. Meyer and Patrick J. O'Toole, Jr.

5. STR requests that at the conclusion of the litigation, after any appeals have been exhausted, that these documents be returned to the undersigned counsel.

WHEREFORE, STR respectfully requests that the Court allow STR's Unopposed Motion To Impound Confidential Materials in connection with STR's Motion To Dismiss the First Amended Complaint and Motion to Strike.

    Respectfully submitted,

    **SPECIALIZED TECHNOLOGY RESOURCES, INC.**

    By its attorneys,

    /s/ Patrick J. O'Toole, Jr.
    Patrick J. O'Toole, Jr., Esq. (BBO#559267)
    Brandon Edward Miller, Esq. (BBO #674848)
    Weil, Gotshal & Manges LLP
    100 Federal Street
    Boston, MA 02110
    patrick.otoole@weil.com

                                    Bruce S. Meyer, Esq. (BBO#548805)
                                    Weil, Gotshal & Manges LLP
                                    767 Fifth Avenue
                                    New York, NY 10153
                                    bruce.meyer@weil.com
                                    *Pro Hac Vice* Admission Pending

Dated: October 12, 2010

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that, pursuant to Local Rule 7.1, counsel for STR conferred with counsel for JPS on October 12, 2010 and have attempted in good faith to narrow the issues raised by this motion.

/s/ Patrick J. O'Toole, Jr.
Patrick J. O'Toole, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification and that I served the foregoing by [mail/hand delivery] upon any counsel of record not receiving electronic notification.

Michael Gilleran, Esq.
Brian Birke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

/s/Patrick J. O'Toole, Jr.
Attorney(s) for Specialized Technology Resources, Inc.