UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:10-cv-11142-MAP |
| ) | |
| SPECIALIZED TECHNOLOGY ) | |
| RESOURCES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF ERRATA AND CORRECTIONS TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff JPS Elastomerics Corp. hereby submits this errata and corrections sheet to address two typographical errors contained in its *Memorandum of Law in Opposition to Defendant's Motion to Dismiss*. The two errors in need of correction (corrections underlined) are as follows:

1. Page 2 n.1, line 3, should read "the Superior Court – that JPS, in fact, did not misappropriate any intellectual Property. *See Memorandum of*" and not "the Superior Court – that STR, in fact, did not misappropriate any intellectual Property. *See Memorandum of*[;]" and

2. Page 18 n.17, line 2, should read "the issue for which it cites *Atl. Wool Combing Co.* was never litigated. Second, STR can point to no facts that JPS" and not "the issue for which it cites *Atl. Wool Combing Co.* was never litigated. Second, STR can point to no facts that STR[.]"

2

Dated: November 29, 2010            Respectfully submitted,

                                                     JPS ELASTOMERICS CORP.
                                                     By its attorneys,

                                                     /s/ Michael C. Gilleran_____
                                                     Michael C. Gilleran | BBO No. 192210
                                                     Adam M. Weisberger | BBO No. 646844
                                                     Brian R. Birke | BBO No. 652720
                                                     ADLER POLLOCK & SHEEHAN P.C.
                                                     mgilleran@apslaw.com
                                                     aweisberger@apslaw.com
                                                     bbirke@apslaw.com
                                                     175 Federal Street
                                                     Boston, MA  02110
                                                     T: 617.482.0600
                                                     F: 617.482.0604

---

**CERTIFICATE OF SERVICE**

I, Michael C. Gilleran, hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be served via First-Class U.S. Mail to those indicated as non-registered participants on November 29, 2010.

Dated: November 29, 2010     /s/ Michael C. Gilleran
                                               Michael C. Gilleran

---