UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED TECHNOLOGY RESOURCES, INC. <br><br> Defendant. | Case No.: 3:10-cv-11142-MAP |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO RESCHEDULE JANUARY 3, 2011 HEARING**

Plaintiff JPS Elastomerics Corp. ("JPS") hereby opposes Specialized Technology Resources, Inc.'s ("STR") Motion to Reschedule January 3, 2011 Hearing on Defendant's Motion to Dismiss the First Amended Complaint and Defendant's Motion to Strike the First Amended Complaint. As grounds for this Motion, JPS provides as follows:

1. On November 24, 2010, the Court set the hearing on STR's Motion to Dismiss and Motion to Strike for January 3, 2011.

2. On Friday, December 17, 2010, the Court granted JPS leave to file a Sur-Reply in further opposition to Defendant's Motion to Dismiss. JPS filed its Sur-Reply on Monday, December 20, 2010.

3. Subsequent to the Court's allowance of JPS' Sur-Reply, on Monday, December 20, 2010, STR moved to continue to hearing for two reasons – a "long-scheduled family vacation" and that "STR will need time to analyze and review JPS' Sur-Reply."

4. Respectfully, any delay in this proceeding at this point severely prejudices JPS – as noted in JPS' briefing, STR's anticompetitive conduct not only *has* caused significant antitrust

556993.1

damages and exclusion from the low-shrink EVA encapsulant market but *will* continue to do so, unless JPS is heard before the Court, and this matter proceeds accordingly.

5. Further, STR has known of the hearing for more than three weeks without indicating to the Court any conflict with its "long-scheduled" vacation. While JPS certainly understands and is respectful of scheduling conflicts with personal and professional obligations, here, it is apparent that, only upon the filing of JPS' Sur-Reply did STR choose to seek to postpone the scheduled hearing.

6. STR has more than sufficient time to "review and analyze" JPS' Sur-Reply. As it stands, the hearing is more than 12 days away from the filing of JPS' Sur-Reply. It seems unnecessary to change the Court's scheduled hearing date in order for STR to have sufficient time to review and analyze JPS' Sur-Reply.

**WHEREFORE**, JPS respectfully requests that the Court deny STR's Motion to Reschedule *or* otherwise move the hearing to a date immediately after January 3, 2011, the date that presents a conflict to STR.

Dated: December 20, 2010

Respectfully submitted,

JPS ELASTOMERICS CORP.
By its attorneys,

/s/ Michael C. Gilleran
Michael C. Gilleran | BBO No. 192210
Adam M. Weisberger | BBO No. 646844
Brian R. Birke | BBO No. 652720
ADLER POLLOCK & SHEEHAN P.C.
mgilleran@apslaw.com
aweisberger@apslaw.com
bbirke@apslaw.com
175 Federal Street
Boston, MA  02110
T: 617.482.0600
F: 617.482.0604

### CERTIFICATE OF SERVICE

I, Michael C. Gilleran, hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be served via First-Class U.S. Mail to those indicated as non-registered participants on December 21, 2010.

Dated: December 21, 2010      /s/ Michael C. Gilleran
                              Michael C. Gilleran