# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP.,<br>    Plaintiff(s)<br><br>        v.<br><br>SPECIALIZED TECHNOLOGY<br>RESOURCES, INC.,<br>    Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:10-cv-11142 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Specialized Technology Resources, Inc., against the plaintiff JPS Elastomerics Corp., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                **SARAH A. THORNTON**,
                                CLERK OF COURT

Dated: January 14, 2011           By /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                       [jgm.]