## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP., )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>SPECIALIZED TECHNOLOGY )<br>RESOURCES, INC., )<br>    Defendant(s) ) | CIVIL ACTION NO. 3:10-cv-11142 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Specialized Technology Resources, Inc., against the plaintiff JPS Elastomerics Corp., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

 

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: January 14, 2011        By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk