UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JPS ELASTOMERICS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPECIALIZED TECHNOLOGY )<br>RESOURCES, INC. )<br>)<br>Defendant. )<br>) | Case No.: 3:10-cv-11142-MAP |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that JPS Elastomerics Corp., Plaintiff in the above-captioned and numbered action, pursuant to Fed.R.App.P. 3 and 4, hereby appeals to the United States Court of Appeals for the First Circuit from (1) the Memorandum and Order Regarding Defendant's Motion to Dismiss and Motion to Strike of the United States District Court, District of Massachusetts, dated and entered in this action on January 14, 2011, that allows the Motion to Dismiss of Defendant Specialized Technology Resources, Inc., *see* Docket No. 38; and (2) the Judgment in a Civil Case of the United States District Court, District of Massachusetts, dated and entered in this action on January 14, 2011 that provides "IT IS ORDERED AND ADJUDGED JUDGMENT entered for the defendant Specialized Technology Resources, Inc., against the plaintiff JPS Elastomerics Corp., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss," *see* Docket No. 39.

1

Dated: February 10, 2011

Respectfully submitted,

JPS ELASTOMERICS CORP.
By its attorneys,

/s/ Michael C. Gilleran
Michael C. Gilleran | BBO No. 192210
Adam M. Weisberger | BBO No. 646844
Brian R. Birke | BBO No. 652720
ADLER POLLOCK & SHEEHAN P.C.
mgilleran@apslaw.com
aweisberger@apslaw.com
bbirke@apslaw.com
175 Federal Street
Boston, MA  02110
T: 617.482.0600
F: 617.482.0604

**CERTIFICATE OF SERVICE**

I, Michael C. Gilleran, hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be served via First-Class U.S. Mail to those indicated as non-registered participants on February 10, 2011.

Dated: February 10, 2011    /s/ Michael C. Gilleran
                            Michael C. Gilleran